UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ROWE et al.,<br><br>Defendants. | CASE NO. 3:25-cv-05199-DGE<br><br>ORDER ON PLAINTIFF'S MOTION TO REDACT (DKT. NO. 40) AND DEFENDANT TIMOTHY ROWE'S MOTION TO DISMISS (DKT. NO. 34) |

This matter comes before the Court on Plaintiff's motion to redact (Dkt. No. 40) and Defendant's motion to dismiss (Dkt. No. 34). The parties in this case have been negotiating an end to this litigation since May 2025 (Dkt. No. 28) but have had difficulty reaching a settlement agreement (*see* Dkt. Nos. 29, 32). On November 18, 2025, Defendant Timothy Rowe filed a motion to dismiss the case. (Dkt. No. 34.) Plaintiff then moved to dismiss all claims between Plaintiff and Intervenors with prejudice and all claims against Brittany Rowe and Rowe Plumbing and Drain L.L.C. without prejudice. (Dkt. No. 36.) The Court granted this motion, leaving only claims against Timothy Rowe. (Dkt. No. 39.)

ORDER ON PLAINTIFF'S MOTION TO REDACT (DKT. NO. 40) AND DEFENDANT TIMOTHY ROWE'S MOTION TO DISMISS (DKT. NO. 34) - 1

On December 2, 2025, Plaintiff moved to redact portions of Timothy Rowe's motion to dismiss while expressing its shared desire to dismiss this case. (Dkt. No. 40.) Motions to redact will only be granted when there is a "compelling interest" to do so. *United States v. Thompson*, No. CR19-159-RSL, 2022 WL 4321010, at *1 (W.D. Wash. Sept. 19, 2022). Here, the Court finds a compelling interest in redacting any comments related to the purported amount of a settlement involving alleged victims of abuse. Such information would draw unwanted attention to the alleged victims, even if the amount identified may be inaccurate. The Court, however, does not find a compelling interest as to any other statements Plaintiff seeks to redact.

Accordingly, the Court finds and ORDERS:

1. Plaintiff's motion to redact (Dkt. No. 40) is GRANTED in part. The Clerk is directed to substitute docket entry number 34 with a redacted version attached to this Order.
2. Plaintiff's claims against Timothy Rowe are dismissed without prejudice and with each side to pay its own costs. While it is not entirely clear that Mr. Rowe provides suitable grounds upon which to dismiss this case, Plaintiff "asks that the Court dismiss Mr. Rowe without prejudice and without costs or fees to either party." (Dkt. No. 40 at 2.) Noting that both Plaintiff and Mr. Rowe wish for the Court to dismiss this case and acting pursuant to Federal Rule of Civil Procedure 41(a)(2) which permits the Court to dismiss an action "at the plaintiff's request" when "the court considers [it] proper," the Court dismisses Plaintiff's claims against Timothy Rowe.
3. Timothy Rowe's motion to dismiss (Dkt. No. 34) is STRICKEN.
4. The Clerk is directed to close this case.

Dated this 9th day of December, 2025.

David G. Estudillo
United States District Judge

1
2
3
4
5
6  United States District Court Western District Washington
7        at Tacoma
8  State Farm Fire and Casualty
9  Company, a foreign Company    NO: 3:25-CV-05199-DGE
10   Plaintif
11     V.S.  Defendants   Motion to Dismiss Case.
12  Timothy Rowe, et al.
13
14  Comes now, Timothy Rowe, et al, Pro-se
15  asking this honorable Court to Dismiss this Case
16  as MOOT, saving this Court time to deal with more
17  pressing maters.
18
19  earlyer this year, State Farm, in Superior Court for
20  Washington in Clark County case # NO: 24-2-02045-06,
21  Decided to accept liability (and all other legal words
22  that could Pertain to these cases) when they (state Farm)
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Thereby making this
25  Case in District Court MOOT.

1 of 2

1. Timothy Rowe, et al, will not sign any
2. "agreement" or "Release" Reguarding this case in
3. District Court as Timothy Rowe, et al, can not
4. release State farm from any liability, or any other
5. legal words that could be associated with this case,
6. as Timothy Rowe, et al, didn't assume that, state farm
7. did when they settled the superior court case, once
8. again making this Case (No: 3-25-cv-05199-DGE) MOOT.
9.
10. I Timothy Rowe am E-fileing this as I can not
11. go into Debt to make coppies to send to everyone or for
12. enviropes and mailing this, plus E-file will automaticly send to
13. all involved e.t.c. and with my transfer of facilities I have
14. lost alot of legal mail/addresses/etc.
15.
16. Signed _Tim Rowe_   date 11-18-25
17.
18. E-filed on this 18th Day of November 2025
19.
20.
21.
22.
23. Timothy Rowe #430603
24. Stafford Creek Corrections Center
25. 191 Constantine Way, Aberdeen, WA, 98520

2 of 2